UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGELIO ORTEGA HERNANDEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EARTH CARE, INC., SCOTT RISBON, and KIM RISBON,<br><br>Defendants. | CIVIL ACTION NO. 15-cv-5091-GJP |

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

The parties in the above-captioned matter, by and through their undersigned counsel, hereby respectfully request that this honorable court approve as fair and reasonable the settlement agreement appended hereto as Exhibit 1.

As previously discussed with the court, the parties have negotiated a confidential annex to the settlement agreement. See Exhibit 2. The annex contains anti-retaliation provisions and identifies an employee by name. To maintain the anonymity of this employee, the parties request that the annex not be made part of the record. Instead, the parties are submitting a courtesy copy of the annex to Chambers.

| | |
|---|---|
| **COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.**<br><br>*/s/ Jonathan Landesman, Esquire*<br>**JONATHAN LANDESMAN, ESQ.**<br>**MARK J. LEAVY, ESQ.**<br>United Plaza, 19th Floor<br>30 South 17th Street<br>Philadelphia, PA  19103<br>Phone: (215) 564-1700 | **FRIENDS OF FARMWORKERS**<br><br>*/s/ Stephanie Dorenbosch*<br>**ARTHUR READ, ESQ.**<br>**STEPHANIE DORENBOSCH, ESQ.**<br>699 Ranstead Street, 4th Floor<br>Philadelphia, PA  19106<br>Phone: (215) 733-0878<br>Fax:    (215) 733-0876 |

Fax:   (215) 564-3066
jlandesman@cohenseglias.com
mleavy@cohenseglias.com

*Attorneys for Defendants*

Dated:  April 4, 2016

aread@friendsfw.org
sdorenbosch@friendsfw.org

*Attorneys for Plaintiff*