IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGELIO ORTEGA HERNANDEZ, | : | CIVIL ACTION |
| on behalf of himself and others | : | |
| similarly situated | : | |
| | : | |
| v. | : | |
| | : | |
| EARTH CARE, INC., SCOTT RISBON, | : | |
| and KIM RISBON | : | NO. 15-5091 |

**O R D E R**

AND NOW, this 13th day of April, 2015, upon consideration of the parties' Joint Motion to Approve Settlement Agreement (Doc. 24), IT IS HEREBY ORDERED that the Motion is construed as one to conditionally certify a collective action and settlement class and preliminarily approve the proposed settlement agreement and IS GRANTED. The collective action and settlement class are conditionally certified and the settlement agreement is preliminarily approved. Counsel shall proceed to notify the prospective class members as detailed in the proposed settlement agreement. Once the deadline has passed for the returning workers to return the "opt-in notice," counsel may file a motion for final certification of the collective action and settlement class and final approval of the settlement as discussed in the accompanying Memorandum.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.