IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGELIO ORTEGA HERNANDEZ, | : | CIVIL ACTION |
| on behalf of himself and others | : | |
| similarly situated | : | |
| | : | |
| v. | : | |
| | : | |
| EARTH CARE, INC., SCOTT RISBON, | : | |
| and KIM RISBON | : | NO. 15-5091 |

## O R D E R

AND NOW, this   25th   day of July, 2016, upon consideration of the Unopposed Motion to Approve Settlement Agreement and attached declaration (Docs. 30 & 30-1), the Settlement Agreement (Doc. 24-1), and the Confidential Annex submitted to the Court, IT IS HEREBY ORDERED that the Motion to Approve the Settlement Agreement is GRANTED.  The collective action and settlement class are certified and the settlement agreement is finally approved.  Considering the terms of the settlement agreement, the action shall remain open and the court shall retain jurisdiction pending closure of the claims period and subsequent completion of the claims process.  Doc. 24-1 ¶¶ 70-71.  Counsel shall provide a status report on March 6, 2017.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, U.S.M.J.